**BAKER & HOSTETLER LLP**
Gerald J. Ferguson (GF 0370)
Heather J. McDonald (HM 3320)
Robertson D. Beckerlegge (RB 1829)
45 Rockefeller Plaza
New York, New York  10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201

Attorneys for Plaintiffs
Hermès International
Comptoir Nouveau de la Parfumerie

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMÈS INTERNATIONAL and COMPTOIR NOUVEAU DE LA PARFUMERIE, <br><br> Plaintiffs, <br><br> -against- <br><br> VARIOUS JOHN DOES; JANE DOES; and XYZ COMPANIES, <br><br> Defendants. | CIVIL ACTION NO. <br> 10 CV 2803 |

### DECLARATION OF KEVIN DOUGHERTY

I, Kevin Dougherty, under penalty of perjury, declare as follows:

1.  I am not a party to this action and am over 18 years of age.

2.  I am the president of Counter-Tech Investigations, Inc., a licensed and bonded private investigative agency located in New York, NY.

3.  I served a copy of the Summons, Amended Complaint, and Declaration of Heather J. McDonald in Support of Supplemental Temporary Restraining Order and Seizure Order signed by Judge Thomas P. Griesa, upon the following defendants all located in New York, NY:

**June 24, 2010:**
265 Canal Street, #11A

**July 31, 2010:**
59E Franklin Street

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of August, 2010 in New York, New York.

_____
KEVIN DOUGHERTY

503016579.1